**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID FALLON,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | No. 2:06-CV-1226-RRB-KJM-PS<br><br>**ORDER** |

        Plaintiff David Fallon ("Plaintiff"), proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On July 27, 2006, Magistrate Judge Kimberly J. Mueller filed Findings & Recommendations (Docket 4) herein, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the same were to be filed within ten days. Plaintiff has not filed objections to the Findings & Recommendations.

ORDER DISMISSING PLAINTIFF'S ACTION - 1
2:06-CV-1226-RRB-KJM-PS

The Court has reviewed the file and finds the Findings & Recommendations (Docket 4) to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings & Recommendations at **Docket 4**, filed on July 27, 2006, are adopted in full; and

2. This action is **DISMISSED** without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

**ENTERED** this 21st day of June, 2007.

                        S/RALPH R. BEISTLINE
                        UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PLAINTIFF'S ACTION - 2
2:06-CV-1226-RRB-KJM-PS